RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/17/16
BY AM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RONNIE WHITE,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-01138-P |
| VERSUS | JUDGE DONALD E. WALTER |
| LALA BRITTAIN SYLVESTER,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objection filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 claim is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17 day of November, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE